1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
       Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB  MDL NO. 1699  **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|
| This Document Relates To:  *Betty Lou and Frank Quagan, vs. Pfizer, Inc.,.*  *MDL No. 06-4059:* <u>Plaintiff Betty-Lou Quagan and Frank Quagan</u> | |

   Come now the Plaintiffs, Betty-Lou Quagan and Frank Quagan, and Defendant, Pfizer

Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Betty-Lou Quagan and Frank Quagan's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009          By: /s/ Jayne Conroy
                                       Jayne Conroy
                                       **HANLY CONROY BIERSTEIN**
                                       **SHERIDAN FISHER & HAYES LLP**
                                       112 Madison Avenue
                                       New York, New York 10016-7416
                                       (212) 784-6400
                                       (212) 784-6420 (Fax)
                                       Email: jconroy@hanlyconroy.com

                                       -and-

                                       **SIMMONSCOOPER LLC**
                                       707 Berkshire Blvd.
                                       East Alton, IL 62024
                                       (618) 259-2222
                                       (618) 259-2251 (Fax)

                                       *Counsel for Plaintiff.*

Dated: ___March 11___, 2009           By: /s/ Michelle W. Sadowsky
                                       Michelle W. Sadowsky
                                       **DLA PIPER US LLP**
                                       1251 Avenue of the Americas
                                       New York, New York 10020-1104
                                       (212) 335-4625
                                       (212) 884-8675 (Fax)

                                       *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___March 30___, 2009           By: /s/
                                       United States District Court

- 2 -                                  STIPULATION OF DISMISSAL WITH PREJUDICE